```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-05041-JJT
Frank L. Wydner, Jr.                                                Chapter 13
                Debtor                CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson              Page 1 of 1              Date Rcvd: Feb 28, 2017
                              Form ID: ntnew341          Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
```
db            +Frank L. Wydner, Jr.,    109 Woodland Drive,    Dingmans Ferry, PA 18328-3438
4864850       +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
4876890        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4864851       +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
4864852       +Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
4864853       +Credit Management,    4200 International Pkwy,    Carrollton, TX 75007-1912
4864854       +Deborah S. Wydner,    109 Woodland Drive,    Dingmans Ferry, PA 18328-3438
4864855       +KML Law Group, P.C.,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
4886555       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4864859       +Remex Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
4864860       +TD Bank USA/Target,    PO Box 673,    Minneapolis, MN 55440-0673
4864861       +Transworld Systems Inc.,    PO Box 13584,    Philadelphia, PA 19101-3584
4864862       +Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4877917        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2017 19:08:00
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
4884200        E-mail/Text: cio.bncmail@irs.gov Feb 28 2017 19:05:23      IRS,    Cincinatti, OH 45999-0030
4864856       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 28 2017 19:05:17       Kohls/Capone,
                 PO Box 3115,    Milwaukee, WI 53201-3115
4872267       +E-mail/PDF: cbp@onemainfinancial.com Feb 28 2017 19:07:56       ONEMAIN,    605 MUNN ROAD EAST,
                 Fort Mill SC 29715-8421
4864857       +E-mail/PDF: cbp@onemainfinancial.com Feb 28 2017 19:07:28       One Main,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
4864858        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 19:30:19
                 Portfolio Recovery Assoc.,    120 Corporate Blvd., Ste 100,    Norfolk, VA 23502
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor Frank L. Wydner, Jr. pabankruptcy@vernlazaroff.com
                                                                                              TOTAL: 4
```

ntnew341 (12/14)

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Frank L. Wydner Jr.<br>Debtor(s) | Chapter 13 |
| --- | --- |
| | Case No. 5:16−bk−05041−JJT |

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: May 1, 2017 |
| --- | --- |
| | Time: 11:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: TWilson |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 28, 2017 |