UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-----------------------------------------------x
IN RE:

FRANK L. WYDNER JR.                                        CHAPTER 13


                Debtor                                        NO. 16-05041
-----------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Vern S. Lazaroff, Esquire, hereby certify, subject to the penalties of perjury, that I served the below listed Trustees and creditors with a true and correct copy of the attached First Amended Chapter 13 Plan and Notice To Creditors and other parties on the 28th day of March, 2017 by electronic means as provided by the Court and via first class U.S. mail, postage pre-paid.

Charles DeHart, III, Esq.
8125 Adams Drive Ste. A
Hummelstown, PA 17036

Office of the United States Trustee
Federal Building 11th Floor
228 Walnut Street, P.O. Box 969
Harrisburg PA 17108-0969

Attached list of creditors.

Dated: Port Jervis, NY
       March 28, 2017

                                                                /s/ **Vern S. Lazaroff**
                                                              Vern S. Lazaroff, Esq.
                                                              Attorney for Debtor
                                                               PO Box 1108
                                                               Port Jervis, NY 12771
                                                               T: 845-856-5335
                                                               F: 888-977-5377

Label Matrix for local noticing
0314-5
Case 5:16-bk-05041-JJT
Middle District of Pennsylvania
Wilkes-Barre
Fri Mar 24 15:11:20 EDT 2017

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Chase Home Finance
PO Box 24696
Columbus, OH 43224-0696

Credit Management
4200 International Pkwy
Carrollton, TX 75007-1912

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Deborah S. Wydner
109 Woodland Drive
Dingmans Ferry, PA 18328-3438

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA 19106-1541

Kohls/Capone
PO Box 3115
Milwaukee, WI 53201-3115

Vern S. Lazaroff
PO Box 1108
143 Pike Street
Port Jervis, NY 12771-1807

ONEMAIN
605 MUNN ROAD EAST
Fort Mill SC 29715-8421

One Main
6801 Colwell Blvd
Irving, TX 75039-3198

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p) PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Remex Inc.
307 Wall Street
Princeton, NJ 08540-1515

TD BANK USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

TD Bank USA/Target
PO Box 673
Minneapolis, MN 55440-0673

Transworld Systems Inc.
PO Box 13584
Philadelphia, PA 19101-3584

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Verizon Wireless
PO Box 26055
Minneapolis, MN 55426-0055

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

Frank L. Wydner Jr.
109 Woodland Drive
Dingmans Ferry, PA 18328-3438

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS  
Cincinatti, OH 45999-0030

Portfolio Recovery Assoc.  
120 Corporate Blvd., Ste 100  
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

(d) PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541-1021

End of Label Matrix  
Mailable recipients  24  
Bypassed recipients   2  
Total                26