```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 16-05041-JJT
Frank L. Wydner, Jr.                                                Chapter 13
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-5      User: TWilson               Page 1 of 1           Date Rcvd: May 05, 2017
                          Form ID: ntcnfhrg           Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
```
db          +Frank L. Wydner, Jr.,   109 Woodland Drive,   Dingmans Ferry, PA 18328-3438
4864850     +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
4876890      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
4906253      Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
4864851     +Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
4864852     +Chase Home Finance,   PO Box 24696,   Columbus, OH 43224-0696
4864853     +Credit Management,   4200 International Pkwy,   Carrollton, TX 75007-1912
4864854     +Deborah S. Wydner,   109 Woodland Drive,   Dingmans Ferry, PA 18328-3438
4913041     +JPMorgan Chase Bank, N.A.,   Mail Code: LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
4864855     +KML Law Group, P.C.,   701 Market Street, Ste. 5000,   Philadelphia, PA 19106-1541
4886555     +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4864859     +Remex Inc.,   307 Wall Street,   Princeton, NJ 08540-1515
4864860     +TD Bank USA/Target,   PO Box 673,   Minneapolis, MN 55440-0673
4864861     +Transworld Systems Inc.,   PO Box 13584,   Philadelphia, PA 19101-3584
4864862     +Verizon Wireless,   PO Box 26055,   Minneapolis, MN 55426-0055
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4877917      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 05 2017 19:10:37
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK 73124-8838
4900542     +E-mail/Text: bncmail@w-legal.com May 05 2017 19:08:18     Comenity Capital Bank/Paypal Credit,
               c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
4884200      E-mail/Text: cio.bncmail@irs.gov May 05 2017 19:08:09     IRS,   Cincinatti, OH 45999-0030
4864856     +E-mail/Text: bnckohlsnotices@becket-lee.com May 05 2017 19:08:07     Kohls/Capone,
               PO Box 3115,   Milwaukee, WI 53201-3115
4872267     +E-mail/PDF: cbp@onemainfinancial.com May 05 2017 19:05:15     ONEMAIN,   605 MUNN ROAD EAST,
               Fort Mill SC 29715-8421
4864857     +E-mail/PDF: cbp@onemainfinancial.com May 05 2017 19:05:15     One Main,   6801 Colwell Blvd,
               Irving, TX 75039-3198
4864858      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2017 19:10:38
               Portfolio Recovery Assoc.,   120 Corporate Blvd., Ste 100,   Norfolk, VA 23502
4914889      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2017 19:10:50
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4894999     +E-mail/Text: bncmail@w-legal.com May 05 2017 19:08:18     TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor Frank L. Wydner, Jr. pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                             TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Frank L. Wydner Jr.
Debtor(s)

Chapter 13

Case No. 5:16−bk−05041−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 3, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 6, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: TWilson |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 5, 2017 |