```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania

In re:                                              Case No. 16-05041-JJT
Frank L. Wydner, Jr.                                Chapter 13
        Debtor              CERTIFICATE OF NOTICE

District/off: 0314-5       User: TWilson       Page 1 of 2       Date Rcvd: Feb 08, 2018
                           Form ID: ordsmiss    Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2018.

```
db            +Frank L. Wydner, Jr.,   109 Woodland Drive,   Dingmans Ferry, PA 18328-3438
4864852       +Chase Home Finance,   PO Box 24696,   Columbus, OH 43224-0696
4864854       +Deborah S. Wydner,   109 Woodland Drive,   Dingmans Ferry, PA 18328-3438
4913041       +JPMorgan Chase Bank, N.A.,   Mail Code: LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
4864855       +KML Law Group, P.C.,   701 Market Street, Ste. 5000,   Philadelphia, PA 19106-1541
4864859       +Remex Inc.,   307 Wall Street,   Princeton, NJ 08540-1515
4864861       +Transworld Systems Inc.,   PO Box 13584,   Philadelphia, PA 19101-3584
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +EDI: PRA.COM Feb 08 2018 18:53:00      PRA Receivables Management LLC,   PO Box 41067,
               Norfolk, VA 23541-1067
4877917        EDI: AIS.COM Feb 08 2018 18:53:00      American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK  73124-8838
4864850       +EDI: CAPITALONE.COM Feb 08 2018 18:53:00      Capital One,   PO Box 30285,
               Salt Lake City, UT 84130-0285
4876890        EDI: CAPITALONE.COM Feb 08 2018 18:53:00      Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
4906253        EDI: BL-BECKET.COM Feb 08 2018 18:53:00      Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
4864851       +EDI: CHASE.COM Feb 08 2018 18:53:00      Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
4900542       +E-mail/Text: bncmail@w-legal.com Feb 08 2018 19:02:50      Comenity Capital Bank/Paypal Credit,
               c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
4864853       +EDI: CMIGROUP.COM Feb 08 2018 18:53:00      Credit Management,   4200 International Pkwy,
               Carrollton, TX 75007-1912
4884200        EDI: IRS.COM Feb 08 2018 18:53:00       IRS,   Cincinatti, OH 45999-0030
4864856       +EDI: CBSKOHLS.COM Feb 08 2018 18:53:00      Kohls/Capone,   PO Box 3115,
               Milwaukee, WI 53201-3115
4872267       +EDI: AGFINANCE.COM Feb 08 2018 18:53:00      ONEMAIN,   605 MUNN ROAD EAST,
               Fort Mill SC 29715-8421
4864857       +EDI: AGFINANCE.COM Feb 08 2018 18:53:00      One Main,   6801 Colwell Blvd,
               Irving, TX 75039-3198
4864858        EDI: PRA.COM Feb 08 2018 18:53:00      Portfolio Recovery Assoc.,   120 Corporate Blvd., Ste 100,
               Norfolk, VA 23502
4963287        EDI: PRA.COM Feb 08 2018 18:53:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
               Norfolk, VA 23541
4963288        EDI: PRA.COM Feb 08 2018 18:53:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
               Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
4914889        EDI: PRA.COM Feb 08 2018 18:53:00      Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
4886555       +EDI: PRA.COM Feb 08 2018 18:53:00      PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
4894999       +E-mail/Text: bncmail@w-legal.com Feb 08 2018 19:02:50      TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4864860       +EDI: WTRRNBANK.COM Feb 08 2018 18:53:00      TD Bank USA/Target,   PO Box 673,
               Minneapolis, MN 55440-0673
4864862       +EDI: VERIZONWIRE.COM Feb 08 2018 18:53:00      Verizon Wireless,   PO Box 26055,
               Minneapolis, MN 55426-0055
                                                                          TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                          Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com
        Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vern S. Lazaroff    on behalf of Debtor 1 Frank L. Wydner, Jr. pabankruptcy@vernlazaroff.com,
         r39899@notify.bestcase.com

                                            TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Frank L. Wydner Jr. | Chapter | 13 |
| **Debtor(s)** | | |
| | Case No. | 5:16–bk–05041–JJT |

### **Order**

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above–named case of the debtor(s) be and is hereby dismissed.

Dated:  February 8, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk